■ GUSTAVE A. RIVERA, Appellant, v IVAN O. GARDILLO et al., Respondents. [978 NYS2d 689]—

The plaintiff established his prima facie entitlement to judgment as a matter of law by submitting a transcript of his deposition testimony, wherein he stated that he had been at a complete stop when his vehicle was struck in the rear by a vehicle driven by the defendant Ivan O. Gardillo (*see DeLouise v S.K.I. Wholesale Beer Corp.*, 75 AD3d 489 [2010]; *Volpe v Limoncelli*, 74 AD3d 795 [2010]; *Staton v Ilic*, 69 AD3d 606 [2010]; *Lampkin v Chan*, 68 AD3d 727 [2009]). However, in opposition to the motion, the defendants raised a triable issue of fact by proferring a nonnegligent explanation for the accident (*see Briceno v Milbry*, 16 AD3d 448 [2005]; *Simpson v Eastman*, 300 AD2d 647 [2002]; *Artis v Jamaica Buses*, 262 AD2d 511 [1999]). Accordingly, the Supreme Court properly denied the plaintiff's motion for summary judgment on the issue of liability. Skelos, J.P., Dillon, Dickerson and Austin, JJ., concur.